| | |
|---|---|
| TIMOTHY S. CORY, ESQ.<br>FEDERAL BANKRUPTCY TRUSTEE<br>Nevada Bar No. 1972<br>8831 W. Sahara Ave<br>Las Vegas, Nevada 89117<br>Telephone: (702) 388-1996<br>tim.cory@corylaw.us | RECEIVED & FILED<br><br>AUG 26  12 10 PM '09<br><br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>BECKWITH, RONALD DENVER<br>BECKWITH, PAMELA SUE<br><br>Debtor(s). | CHAPTER 7 BANKRUPTCY<br>CASE NO.: BK-S-07-15592-BAM<br><br>**NOTICE OF UNCLAIMED FUNDS**<br><br>DATE:  N/A<br>TIME:  N/A |

TO:       **CLERK, UNITED STATES BANKRUPTCY COURT**

FROM:   ***TIMOTHY S. CORY, TRUSTEE***

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the unclaimed funds shown on the attached Exhibit A, in the total amount of $24.79 are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

DATE: August 25, 2009

TIMOTHY S. CORY, TRUSTEE

NOTE: Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.

Receipt # 192274    $24.79

Case 07-15592-bam    Doc 110    Entered 08/27/09 14:41:19    Page 2 of 3

Printed: 08/03/09 10:46 AM

Page: 1

## Claims Distribution Small Checks

**Case:** 07-15592 - BECKWITH, RONALD DENVER

**Trustee:** TIMOTHY S CORY, TRUSTEE (480190)

| Account No. | Check No. | Issued | | | | | | Check Amount: | $24.79 |
|---|---|---|---|---|---|---|---|---|---|
| 9218931056 | 123 | 08/03/09 | | | | | | | |
| | | | Payee: | U.S. Bankruptcy Court | | | | | |
| | | | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
| | | | 9 | 09/17/07 | 610 | University Medical Center | 28.80 | 28.80 | 1.31 | 1.31 |
| | | | 10 | 09/17/07 | 610 | University Medical Center | 14.91 | 14.91 | 0.68 | 0.68 |
| | | | 11 | 09/17/07 | 610 | University Medical Center | 15.06 | 15.06 | 0.69 | 0.69 |
| | | | 12 | 09/17/07 | 610 | University Medical Center | 15.01 | 15.01 | 0.68 | 0.68 |
| | | | 13 | 09/17/07 | 610 | University Medical Center | 109.22 | 109.22 | 4.98 | 4.98 |
| | | | 21 | 11/07/07 | 610 | Allied Collection Service | 25.00 | 25.00 | 1.14 | 1.14 |
| | | | 23 | 11/07/07 | 610 | Allied Collection Service | 58.00 | 58.00 | 2.65 | 2.65 |
| | | | 24 | 11/07/07 | 610 | Allied Collection Service | 24.62 | 24.62 | 1.12 | 1.12 |
| | | | 35 | 03/04/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 19.90 | 19.90 | 0.91 | 0.91 |
| | | | 36 | 03/04/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 10.00 | 10.00 | 0.46 | 0.46 |
| | | | 37 | 03/04/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 10.00 | 10.00 | 0.46 | 0.46 |
| | | | 38 | 03/04/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 10.00 | 10.00 | 0.46 | 0.46 |
| | | | 39 | 03/04/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 19.24 | 19.24 | 0.88 | 0.88 |
| | | | 40 | 03/04/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 13.60 | 13.60 | 0.62 | 0.62 |
| | | | 41 | 03/04/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 10.00 | 10.00 | 0.46 | 0.46 |
| | | | 42 | 03/04/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 34.01 | 34.01 | 1.55 | 1.55 |
| | | | 44 | 03/04/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 10.00 | 10.00 | 0.46 | 0.46 |
| | | | 45 | 03/04/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 10.00 | 10.00 | 0.46 | 0.46 |

(*) Denotes objection to Amount Filed


EXHIBIT A

# Claims Distribution Small Checks

**Case:** 07-15592 - BECKWITH, RONALD DENVER

**Trustee:** TIMOTHY S CORY, TRUSTEE (480190)

| Account No. | Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | 47 | 03/04/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 10.00 | 10.00 | 0.46 | 0.46 |
| | | 48 | 03/04/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 10.00 | 10.00 | 0.46 | 0.46 |
| | | 49 | 03/04/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 21.60 | 21.60 | 0.99 | 0.99 |
| | | 50 | 03/04/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 10.00 | 10.00 | 0.46 | 0.46 |
| | | 51 | 03/04/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 53.64 | 53.64 | 2.45 | 2.45 |

(*) Denotes objection to Amount Filed